*(Supreme Court, General Term, First Department. March 14, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*Wm. Allen Butler,* for plaintiff. *A. R. Dyett,* for defendant.
No opinion. Reargument ordered upon the question of damages. For decision granting motion for new trial on exceptions, see *ante,* 114.

---

BANNING *v.* KITTELL.

*(Supreme Court, General Term, First Department. March 14, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
Motion denied. For decision on appeal, see 7 N. Y. Supp. 485.

---

BERTHOLF, Appellant, *v.* CARR, Respondent.

*(Supreme Court, General Term, First Department. March 14, 1890.)*

Reargument of appeal from order denying to appellant the fees of a referee on the reference of a claim against the executor. For former report, see 6 N. Y. Supp. 254.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*John Townshend,* for appellant.

VAN BRUNT, P. J. The case of *Larkins* v. *Maxon,* 103 N. Y. 680, 9 N. E. Rep. 56, disposes of the questions involved in this appeal in favor of the appellant. The order should be reversed, with $10 costs and disbursements, and the motion granted. All concur.

---

CASHMAN, Respondent, *v.* REYNOLDS *et al.,* Appellants.

*(Supreme Court, General Term, First Department. March 14, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*Kenneson, Crain & Alling,* for appellants. *Townsend Wandell,* for respondents.
No opinion. Motion granted. For decision on appeal, see *ante,* 614.